# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 19, 2014

Robert P. Young, Jr.,
Chief Justice

149246-7

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHAEL LEGO and PAMELA LEGO,
     Plaintiffs-Appellees,

v

                                       SC: 149246
                                       COA: 312392
                                       Wayne CC: 12-007085-NO

JAKE LISS,
     Defendant-Appellant.

_____/

MICHAEL LEGO and PAMELA LEGO,
     Plaintiffs-Appellees,

v

                                         SC: 149247
                                       COA: 312406
                                       Wayne CC: 12-007085-NO

JAKE LISS,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 27, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether, and if so to what degree, a defendant governmental actor's mental state or level of culpability is relevant to determining what constitutes normal, inherent, and foreseeable risks of the firefighter's or police officer's profession, under MCL 600.2966; and (2) whether the defendant's alleged violation of numerous departmental safety procedures is relevant to determining whether the shooting in this case was one of the normal, inherent and foreseeable risks of plaintiff Michael Lego's profession. In addressing the first issue, the parties shall also address whether, and if so to what extent, MCL 600.2967 informs the interpretation of MCL 600.2966.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 19, 2014



t1216

Clerk